AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FID 12023435
RECEIVED
By USMS District of Columbia District Court at 10:12 am, Sep 28, 2026

United States of America
v.
Travis Kahlia Clark (AKA: "Noah Goldstein")

*Defendant*

Case: 1:26-mj-000168
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 9/25/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Travis Kahlia Clark,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 (Wire Fraud);
18 U.S.C. § 1028A (Aggravated Identity Theft).

Date: 09/25/2026

M A Upad
*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/25/2026, and the person was arrested on *(date)* 9/29/2026 at *(city and state)* Reston, VA.

Date: 9/30/2026

Matt Kyle
*Arresting officer's signature*

Matthew Kyle
*Printed name and title*